

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROSA RAMIREZ, | § | No. 08-18-00138-CV |
| | § | |
| Appellant, | § | Appeal from |
| | § | |
| v. | § | 383rd District Court |
| | § | |
| RAFAEL CARREON, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC # 2010AG5715) |
| | § | |

## MEMORANDUM OPINION

Appellant, Rosa Ramirez, and Appellee, Rafael Carreon, filed a joint motion to render judgment effectuating the parties' mediated settlement agreement. *See* TEX.R.APP.P. 42.1(a)(2). The Court requested that the parties clarify one aspect of the joint motion, and the parties filed an amended joint motion requesting that the Court (1) set aside or vacate the trial court's judgment and render judgment in accordance with the mediated settlement agreement, or (2) vacate the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the mediated settlement agreement. We grant the motion, set aside the trial court's judgment entered on May 4, 2018 without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the mediated settlement

agreement. Pursuant to the parties' agreement, costs of the appeal are taxed against the party incurring same. TEX.R.APP.P. 42.1(d).

April 18, 2019

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.